IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


THEOTIS HILDEBRAND                                                    PLAINTIFF

v.                                    Civil No. 1:19-CV-01006

LT. PAUL KUGLER, SGT. J. COTTON,                                     DEFENDANTS
CORPORAL HIGHTOWER, SGT. JOHNNY
WARD, CAPTAIN MITCHAM, RICKY
ROBERTS, NURSE RICE, MIKE LOFTIN,
FRANK HASH, LT. STEVEN GREEN, and
CHARLIE PHILLIPS


### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action provisionally filed pursuant to 42 U.S.C. § 1983. Pursuant to

the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, Chief

United States District Judge, referred this case to the undersigned for the purpose of making a

Report and Recommendation.

Currently before the Court is Plaintiff's failure to provide the Court with the identity of the

Defendants Hightower, Hash and Green. On June 5, 2019, summons to these parties were returned

unexecuted. Defendant Green and Hightower are no longer employed at the Sheriff's Office, and

there was no forwarding addresses available. (ECF No. 18 at 1, 3). Defendant Hash is no longer

the Mayor and was not located at the address provided by Plaintiff. No forwarding address was

available. (ECF No. 18 at 2). On June 6, 2019, the Court entered an Order directing Plaintiff to

provide service information for these Defendants. Plaintiff was further advised that failure to do

so would result in the dismissal of these parties from the case. (ECF No. 19).

On June 12, 2019, Plaintiff responded, stating he was not able to provide addresses because

he was incarcerated. He knew the location of the trailer park and trailer where Defendant

1

Hightower lived before Plaintiff was incarcerated but did not know the address. He did not have any additional information for the other Defendants. He stated that if the Court could not locate addresses for the Defendants, the Court could dismiss them from the case. (ECF No. 21).

The Court does not provide research services. It is Plaintiff's responsibility to provide the Court with the identity of and an address for proper service on Defendants. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993).

Accordingly, I recommend that the Defendants Hightower, Hash, and Green be dismissed as parties from this case WITHOUT PREJUDICE.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED** this **13th day of June 2019**.

/s/ *Barry A. Bryant*
_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

2