IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

THEOTIS HILDEBRAND                                                                    PLAINTIFF

v.                                     Case No. 1:19-cv-1006

LT. PAUL KUGLER; SGT. J. COTTON;
CORPORAL HIGHTOWER; SGT. JOHNNY
WARD; CAPTAIN MITCHAM; RICKY ROBERTS;
NURSE RICE; MIKE LOFTIN; FRANK HASH;
LT. STEVEN GREEN; and CHARLIE PHILLIPS                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 13, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 22). Judge Bryant recommends that Defendants Hightower, Hash, and Green be dismissed as parties from this case because Plaintiff has failed to provide the Court with an address for proper service on these Defendants. Plaintiff has filed objections to the Report and Recommendation. (ECF No. 24). The Court finds this matter ripe for consideration.

In his objections, Plaintiff admits that he has failed to provide the Court with the information necessary for proper service on Defendants Hightower, Hash, and Green. Plaintiff states that he has written the Union County Jail requesting Defendants Hightower and Green's addresses. Plaintiff also moves to dismiss his claims against Defendant Hash without prejudice.

It is a plaintiff's responsibility to provide the Court with an address for proper service on any Defendant. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). As of the date of this Order, Plaintiff has failed to provide the Court with the addresses of Defendants Hightower, Hash, and Green. Accordingly, the Court adopts the Report and Recommendation (ECF No. 22) *in toto*.

Plaintiff's claims against Defendants Hightower, Hash, and Green should be and hereby are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of July, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge