IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

THEOTIS HILDEBRAND                                                                    PLAINTIFF

v.                                          Civil No. 1:19-CV-01006

LT. PAUL KUGLER, *et. al.*                                                          DEFENDANTS

## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court are Plaintiff's Motion to Amend (ECF No. 27) and Motions to Compel (ECF No's. 28, 33).

In his Motion to Amend Plaintiff states he sought punitive damages in his Complaint but did not indicate a specific dollar amount. He would now like to add a punitive damages claim for one million dollars. (ECF No. 27). Defendants have not responded. Plaintiff's Motion to Amend (ECF No. 27) was timely filed and is **GRANTED**.

In his Motion to Compel, Plaintiff states he did not receive discovery documents as the Court directed in the Initial Scheduling Order for the case. (ECF No. 28). He states this discovery was due on July 25, 2019. (*Id*. at 2). Plaintiff additionally sent a written request to Defendants concerning the documents. (*Id*.). Defendants responded, admitting that they failed to timely send these documents to Plaintiff due to an administrative error. (ECF No. 31 at 1). They state they mailed the documents in question on October 2, 2019. (*Id*.). To date, Plaintiff has not indicated any issue with the receipt of these documents. His Motion to Compel (ECF No. 28) is therefore **DENIED** as **MOOT**.

Plaintiff filed a second Motion to Compel on October 15, 2019, requesting a copy of the Union County Fire Safety Procedure Manual. He does not allege that he requested this document

1

from Defendants previously. (ECF No. 33). Defendants have not responded. As the deadline for discovery in this case was October 8, 2019, Plaintiff's Motion to Compel (ECF No. 33) is **DENIED** as **UNTIMELY**.

IT IS SO ORDERED this 7th day of November 2019.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE