IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

THEOTIS HILDEBRAND                                                                                PLAINTIFF

v.                                            Case No. 1:19-cv-1006

LT. PAUL KUGLER; SGT. J. COTTON;
CORPORAL HIGHTOWER; SGT. JOHNNY
WARD; CAPTAIN MITCHAM; RICKY ROBERTS;
NURSE RICE; MIKE LOFTIN; FRANK HASH;
LT. STEVEN GREEN; and CHARLIE PHILLIPS                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 31, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 53). Judge Bryant recommends that this action be dismissed because Plaintiff has failed to obey Court orders and prosecute this case.

Plaintiff has not objected to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court no clear error warranting a departure from Judge Bryant's recommendation. Therefore, the Court adopts the Report and Recommendation (ECF No. 53) *in toto*. Plaintiff's Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of August, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge